**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DOMINIC NWOZUZU,
PREMARASARA SELVARATNAM,
JONATHAN GONZALEZ,
CHARLTON WEBB,
and YADIRA MENDEZ,
individually and on behalf of others similarly situated,

      Plaintiffs,

  -against-

JEFFERSON CAPITAL SYSTEMS, LLC,

      Defendant.
_____/

Docket No.: 1:25-cv-03520-PK

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiffs, DOMINIC NWOZUZU, PREMARASARA SELVARATNAM, JONATHAN GONZALEZ, CHARLTON WEBB, and YADIRA MENDEZ, and Defendant, JEFFERSON CAPITAL SYSTEMS, LLC, pending the exchange and approval of final settlement papers.

Dated: January 20, 2026

                                                          Respectfully submitted,

                                                          _____
                                                          Subhan Tariq, Esq.
                                                          Tariq Law PC
                                                          99 Park Avenue, Suite 1530
                                                          New York, NY 10016
                                                          Telephone: (212) 804-9095
                                                          Email: subhan@tariqlaw.com
                                                          **Attorney for Plaintiffs**